IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Sandra Hartmann          Date: May 22, 2013
Court Reporter:    Kara Spitler

Civil Action No. 11-cv-03271-RBJ

*Parties:*                                 *Counsel:*

GN NETCOM, INC.,                           Monty Agarwal

      Plaintiff,

v.

CALLPOD, INC, and                          Victor Morales
DARREN GUCCIONE,                           Riadh Quadir
                                           Erik Schuessler

      Defendants.

## COURTROOM MINUTES

**EVIDENTIARY  HEARING**

**Court in session:        9:32 a.m.**

Appearances of counsel.

Argument by Victor Morales  as to the Defendants' Motion for Sanctions [65] filed on May 9, 2013.

EXHIBITS ADMITTED: A through H

WITNESS SWORN AND TESTIFIED: Riadh Quadir
9:34  Direct by Mr. Morales
9:49  Cross by Mr. Agarwal

For the reasons and findings as stated on the record, it is;

**ORDERED:**   Defendants' Motion for Sanctions [65] is denied.

 ORDERED: All interrogatories and answers are STRICKEN.

**Court in recess:**      **10:24 a.m.**

Hearing concluded.

Total time:      00:52